**Wolf Cowen, appellant, v. Joseph S. Best, appellee. Gen. No. 31,547.**

Suit on contract for vendor's payment of taxes. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Isador Becker, for appellant. Bernard W. Vinissky, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**A. E. Halstead, appellee, v. Robert Griff, appellant. Gen. No. 31,559.**

Suit to recover for medical services, aided by attachment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed October 19, 1927.

Edmund M. Sinnott, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Frank Miller, appellee, v. Adolph Stresenreuter, appellant. Gen. No. 31,571.**

Suit for damages for negligent building construction. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927. Rehearing denied November 4, 1927.

McGilvray, Eames, Vaughan & Tilley, for appellant. Coburn, Kearney & Coburn, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Carroll, Schendorf & Boenicke, Inc., appellee, v. John A. Gordon, appellant. Gen. No. 31,580.**

Suit for real estate brokerage commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927. Rehearing denied November 4, 1927.

Leesman & Roemer, for appellant. Henry M. Hagan, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.